partment. October 31, 1913.) Action by the Ossining National Bank against Michael Blake and others. No opinion. Order reversed, with $10 costs and disbursements, and ordered that plaintiff state and number as separate causes of action the several transfers as in the notice of motion enumerated, save that the fifth and sixth enumerations may be stated and numbered as a single cause of action.

OWENS, Appellant, v. CARNOCHAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Laura Van Zandt Owens against Gouverneur M. Carnochan, as surviving executor and trustee, etc., of Harriet F. Van Zandt, deceased, impleaded with others. No opinion. Motion denied, with $10 costs. See, also, 156 App. Div. 919, 141 N. Y. Supp. 1135; 143 N. Y. Supp. 1134.

OWENS, Appellant, v. CARNOCHAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Laura Van Zandt Owens against Gouverneur M. Carnochan, as surviving executor, etc., impleaded with others. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals (from 156 App. Div. 919, 141 N. Y. Supp. 1135) denied, without costs. See, also, 143 N. Y. Supp. 1134.

OWENS, Respondent, v. OWENS, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Louise Burke Owens against Oscar Lee Owens. PER CURIAM. Motion granted, unless within 30 days the defendant pays $10 costs of this motion, and serves upon the plaintiff a proposed case and exceptions, and uses all efforts to speed the hearing of the appeal, in which case motion is denied.

PARTRIDGE et al., Appellants, v. A. DUTCH & CO., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Frank C. Partridge and others against A. Dutch & Co. No opinion. Judgment and order affirmed, with costs.

PASCOCELLO, Appellant, v. NATIONAL CHAIN CO., Respondent. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Anthony J. Pascocello against the National Chain Company. H. J. Goldsmith, of New York City, for appellant. S. F. Hartman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PATERSON v. HARRISON. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Chester A. Paterson against Duncan B. Harrison. No opinion. Judgment and order of the City Court of New Rochelle reversed, and new trial ordered, costs to abide the event, on the ground that the judgment is against the weight of evidence as to performance by plaintiff of the contract with defendant.

PEASE OIL CO., Appellant, v. MONROE COUNTY OIL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by the Pease Oil Company against the Monroe County Oil Company. No opinion. Interlocutory judgment (78 Misc. Rep. 285, 138 N. Y. Supp. 177) affirmed, with costs, with leave to the plaintiff to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

PECK BRICK CO., Respondent, v. HAVERSTRAW WATER SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by the Peck Brick Company against the Haverstraw Water Supply Company.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted with $10 costs, on the ground that the complaint sets up facts which constitute apparently three separate causes of action, one cause of action for each distinct parcel which is separately described in the complaint.
BURR, J., dissents, on the ground that it affirmatively appears from the complaint that parcel 2 connects parcels 1 and 3 as therein described, so that there is but a single parcel of land involved in the litigation.

PECZYNSKA, Respondent, v. STATLER'S RESTAURANT, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Anna Peczynska, an infant, etc., against the Statler's Restaurant. No opinion. Motion for leave to appeal to Court of Appeals (from 156 App. Div. 924, 141 N. Y. Supp. 1135) denied, with $10 costs.

In re PEISER. (Supreme Court, Appellate Division, First Department. October 31, 1913.) In the matter of Isaac Peiser. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PELZ v. PELZ. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Rose M. Pelz against Samuel Pelz. No opinion. Motion denied, with $10 costs. Order filed. See, also, 156 App. Div. 765, 142 N. Y. Supp. 54.

PEOPLE, Respondent, v. ARCHIMEDE, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Guiseppe Archimede, alias Guiseppe Militano. No opinion. Motion to dismiss appeal granted.